# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNN ROBINSON, JUDITH ROBINSON, and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>AMERICAN AIRLINES, INC., d/b/a AMERICAN AIRLINES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-17-426-F<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

This matter came for hearing before the court upon Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and the court having considered the parties' briefs and heard the parties' oral arguments and having granted defendant's motion and dismissed with prejudice plaintiffs' First Amended Class Action Petition,

IT HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant, American Airlines, Inc., d/b/a American Airlines, and against plaintiffs, Lynn Robinson and Judith Robinson, on their First Amended Class Action Petition.

DATED at Oklahoma City, Oklahoma, this 15th day of June, 2017.

/s/ Stephen P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE